IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-61102

CHRISTINA FLEURISSAINT,

    Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff CHRISTINA FLEURISSAINT and MERCANTILE ADJUSTMENT BUREAU, LLC, Inc. hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

Date: August 31, 2021                                                       Respectfully submitted,

| | |
|---|---|
| */s/ Nirav A. Desai* | *s/ Alessandro A. Apolito* |
| William J. Roe, Esq. | Alessandro A. Apolito, Esq. |
| Florida Bar No.:85337 | Florida Bar No.:0084864 |
| Nirav A. Desai, Esq. | TESSA R. SCOTT, ESQ. (PRO HAC VICE) |
| Florida Bar No. 0093202 | LIPPES MATHIAS WEXLER FRIEDMAN, L.L.P. |
| Law Office of William J. Roe, P.A. | 10151 Deerwood Park Blvd. |
| 17971 Biscayne Blvd. Ste 214 | Bldg. 300, Suite 300 |
| Aventura, FL 33160 | Jacksonville, FL 32256 |
| Office: (786) 332-6323 | P: (904) 660-0020 |
| Fax: (786) 233-9562 | F: (904) 660-0029 |
| Email: ndesai@wjroelaw.com | E: aapolito@lippes.com |
|      wjroe@wjroelaw.com |    tscott@lippes.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |