UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61102-RAR

**CHRISTINA FLEURISSAINT**,

    Plaintiff,

v.

**MERCANTILE ADJUSTMENT BUREAU, LLC**,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 59], filed on August 31, 2021.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 31st day of August, 2021.

                                                 **RODOLFO A. RUIZ II**
                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record